UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KENYA N SCOTT,<br><br>　　　　　　　　　　　Plaintiff,<br>　v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　　　　　　　　Defendant. | Case No. 2:17-cv-02557-RFB-CWH<br><br>**ORDER** |

Before the Court for consideration is the Report and Recommendation (ECF No. 13) of the Honorable Carl W. Hoffman, United States Magistrate Judge, entered April 5, 2018.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by April 19, 2018. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

1     **IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 13) is
ACCEPTED and ADOPTED in full.

    **IT IS FURTHER ORDERED** that Plaintiff's *in forma pauperis* status is revoked for purposes of her appeal.

    **IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this Order to the Ninth Circuit and serve a copy of this Order upon Plaintiff.

    DATED this 2nd day of May, 2018.

                                        **RICHARD F. BOULWARE, II**
                                        **UNITED STATES DISTRICT JUDGE**